UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION 2:05-CR-20183 |
| VERSUS | JUDGE JAMES |
| CHRIST0PHER J. COMEAUX | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record, including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Comeaux's Rule 60(b) Motion (Doc. 147) is DENIED.

THUS ORDERED AND SIGNED in Chambers, this 20th day of August, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE